

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00152-CV

IN THE INTEREST OF C.R., A CHILD

§   On Appeal from the 324th District Court

§   of Tarrant County (324-741266-23)

§   November 26, 2025

§   Memorandum Opinion by Justice Wallach

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's modification order. It is ordered that the trial court's order is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
     Justice Mike Wallach